T. P. JACOBS et al. *v.* MRS. SUSAN CLAY.

Husband and Wife — Property Conveyed to Husband in Trust for Wife —
Improvement by Husband — Donation.
    The improvement of trust property conveyed by the wife's father
to her husband, for her use, must be regarded as a donation, in a contest
between her and her husband's heirs.

APPEAL FROM FAYETTE CIRCUIT COURT.

April 20, 1867.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The improvement of the trust property conveyed by Mrs. Clay's
father to her husband, J. B. Clay, for her use must be regarded
as a donation on his part to her, at least in a contest between her
and his heirs merely, and we are the more willing to place this
construction upon his action as Mrs. Clay afterward by con-
veyance donated to him a property of much more value.

When James B. Clay sold this trust property near St. Louis
he held its proceeds in trust for his wife, the appellee, and he
could not reduce his liability on the trust fund by the specifica-
tion of any particular amount in the deed of trust to Thomas P.
Jacob, dated September 20, 1861, which he executed; but the
property dedicated to pay this debt due his wife should be held
liable for its entire amount and a sufficiency sold to reimburse
her. Wherefore, perceiving no error in the judgment, it is
affirmed.